UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>KARNIG H. DURGARIAN, JR.,<br>DONALD F. MCCRACKEN,<br>RONALD B. HOGAN,<br>VIRGINIA A. PAPA, KEVIN F. CRAIN and<br>SANDRA G. CHILDS,<br>Defendants. | Civil Action No. 05 CA 12618 NMG |

**DEFENDANT DONALD F. MCCRACKEN'S MOTION TO DISMISS COMPLAINT**

Defendant Donald F. McCracken ("McCracken") hereby moves to dismiss with prejudice the Complaint in the above-referenced matter pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), on the grounds that the Complaint fails to state a claim for primary and aiding and abetting liability against McCracken under § 10(b) of the Exchange Act and Rule 10b-5 thereunder (First and Fifth Claim) and fails to state a claim for primarily liability under § 17(a) of the Securities Act (Second Claim) as more specifically set forth in the supporting memoranda of law referenced below[1]. Among other things, the Securities and Exchange Commission has failed to plead any actionable misstatements, omissions, or scheme to defraud, or scienter to establish primary violations against McCracken and has failed to properly allege a primary violation by a third party and requisite scienter to support a claim for aiding and abetting violations of § 10(b) of the Exchange Act and Rule 10b-5 thereunder. The motion is also based on the grounds that the allegations of the complaint are not pled with the request particularity. In support of his motion, McCracken submits the following memoranda:

---

[1] The other claims in the complaint do not apply to McCracken.

1. The Joint Memorandum of Law in Support of Motions to Dismiss by Defendants Karnig H. Durgarian, Jr., Donald F. McCracken, Ronald B. Hogan, Virginia A. Papa, Kevin F. Crain, and Sandra G. Childs;[2] and

2. Defendant Donald F. McCracken's Memorandum Of Law In Support Of Motion To Dismiss The Complaint.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Mr. McCracken respectfully requests that the Court hold a hearing for oral argument on this motion.

DONALD F. MCCRACKEN

By his attorneys,

_/s/ Gary S. Matsko_
Gary S. Matsko, BBO # 324640
**DAVIS, MALM & D'AGOSTINE, P.C.**
One Boston Place
Boston, MA  02108
(617) 367-2500

Dated: March 31, 2006

### STATEMENT OF ATTEMPT TO RESOLVE OR NARROW THE ISSUES

I hereby certify that prior to filing this motion, I contacted counsel for the Securities and Exchange Commission in a good faith attempt to resolve or narrow the issues herein, pursuant to Local Rule 7.1, and that this effort was unsuccessful. More specifically, counsel for the Securities and Exchange Commission indicated that the Government would oppose this motion.

_/s/ Gary S. Matsko_
Gary S. Matsko

---

[2] This Joint Memorandum is being filed with Defendants' Motion for Leave to File a Brief in Excess of Twenty Pages.

## CERTIFICATE OF SERVICE

  I, Gary S. Matsko, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 31st day of March 2006.

               /s/ Gary S. Matsko
               Gary S. Matsko

400650v.1