UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Securities & Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Karnig H. Durgarian, Jr.,<br>Donald F. McCracken,<br>Ronald B. Hogan, Virginia A. Papa,<br>Kevin F. Crain, and Sandra G. Childs,<br><br>Defendants. | Civil Action No. 05 CA 12618 NMG |

### DEFENDANT RONALD B. HOGAN'S MOTION TO DISMISS COMPLAINT

Defendant Ronald B. Hogan hereby moves to dismiss with prejudice the Complaint in the above-referenced matter pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). The Complaint fails to state a claim for primary and aiding and abetting liability against Mr. Hogan under § 10(b) of the Exchange Act, Rule 10b-5 of the Exchange Act, and § 17(a) of the Securities Act. Among other things, the Securities and Exchange Commission has failed to plead with sufficient particularity any actionable misstatements, omissions, or a scheme to defraud, or that Mr. Hogan acted with the requisite scienter for a primary violation. In addition, the SEC has failed to allege aiding and abetting liability with the requisite specificity and scienter. In support of his motion, Mr. Hogan submits the following memoranda:

1. Joint Memorandum of Law in Support of Motions to Dismiss by Defendants Karnig H. Durgarian, Jr., Donald F. McCracken, Ronald B. Hogan, Virginia A. Papa, Kevin F. Crain, and Sandra G. Childs ("Joint Memorandum");[1] and

---

[1] The Joint Memorandum is filed with defendants' Assented-to Joint Motion for Leave to File Memorandum Exceeding Twenty Pages.

2. Defendant Ronald B. Hogan's Memorandum of Law in Support of His Motion to Dismiss Complaint, filed herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Mr. Hogan respectfully requests that the Court hold a hearing for oral argument on this motion.

Respectfully submitted,

RONALD B. HOGAN,
By their attorneys,

_/s/   Jamie L. Wacks_
Bruce A. Singal, BBO #464420
Jamie L. Wacks, BBO #641183
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 720-5090

Dated: March 31, 2006

### Rule 7.1(2) Certification

Pursuant to Local Rule 7.1(2), I, Jamie L. Wacks, hereby certify that I understand that, Anthony Mirenda, Esq. (counsel for defendant Kevin F. Crain), on behalf of all of the defendants, conferred with Ian Roffman, Esq., counsel for the Securities and Exchange Commission, in a good faith attempt to resolve or narrow the issues, and that they were unable to narrow or resolve the issues.

_/s/   Jamie L. Wacks_
Jamie L. Wacks

## CERTIFICATE OF SERVICE

I, Jamie L. Wacks, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 31st day of March, 2006.

/s/ *Jamie L. Wacks*
Jamie L. Wacks