UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Securities & Exchange Commission, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Karnig H. Durgarian, Jr., )<br>Donald F. McCracken, )<br>Ronald B. Hogan, Virginia A. Papa, )<br>Kevin F. Crain, and Sandra G. Childs, )<br>)<br>Defendants. )<br>) | Civil Action No. 05 CA 12618 NMG<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT VIRGINIA A. PAPA'S MOTION TO DISMISS COMPLAINT

Defendant Virginia A. Papa ("Papa") hereby moves, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), to dismiss the Complaint in the above-captioned action. As more fully set forth in the accompanying Joint Memorandum of Law in Support of Motions to Dismiss by Defendants Karnig H. Durgarian, Jr., Donald F. McCracken, Ronald B. Hogan, Virginia A. Papa, Kevin F. Crain and Sandra Childs (the "Joint Memorandum of Law"), the Complaint must be dismissed because:

(1) Plaintiff Securities and Exchange Commission ("SEC") has failed properly to allege fraudulent conduct -- no actionable misstatements, omissions, or "clearly illegal" conduct sufficient to establish a "scheme to defraud" -- and scienter under § 10(b) of the Securities and Exchange Act of 1934 and § 17(a) of the Securities Act of 1933;

(2) the SEC has failed to establish Papa's status as an "offeror" or "seller" of securities as required under § 17(a);

(3) the SEC has failed properly to allege an underlying primary violation by Putnam Fiduciary Trust Company ("PFTC") and scienter by Papa, both required elements for an aiding and abetting claim under § 10(b); and

(4) the SEC has failed to plead allegations sufficient to show that certifications allegedly made by Papa in January 2002 and February 2003 satisfy the "in connection with" requirement of § 10(b) and the "in sale of securities" requirement of § 17(a).

In support of each of these arguments, Papa incorporates by reference and relies upon the arguments set forth in the Joint Memorandum of Law.

WHEREFORE, Defendant Virginia A. Papa respectfully requests that this Court dismiss the Complaint as against her with prejudice.

Respectfully submitted,

VIRGINIA A. PAPA

By her attorneys,

   /s/   Michael J. Connolly
Michael J. Connolly, BBO #638611
Kelley A. Jordan-Price, BBO #565964
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000

Dated: March 31, 2006

#576122                                      2

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Virginia A. Papa respectfully requests that this Court hold oral argument on this motion.

/s/ Michael J. Connolly
Michael J. Connolly

## STATEMENT OF ATTEMPT TO RESOLVE OR NARROW THE ISSUES

I hereby certify that prior to filing this motion, Anthony Mirenda, on behalf of all of the Defendants, contacted counsel for the Securities and Exchange Commission in a good faith attempt to resolve or narrow the issues presented in the Joint Memorandum of Law, pursuant to Local Rule 7.1, and that this effort was unsuccessful. More specifically, counsel for the Securities and Exchange Commission indicated that the Government would oppose this motion.

/s/ Michael J. Connolly
Michael J. Connolly

## CERTIFICATE OF SERVICE

I, Michael J. Connolly, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 31st day of March, 2006.

/s/ Michael J. Connolly
Michael J. Connolly