UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| Securities & Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Karnig H. Durgarian, Jr.,<br>Donald F. McCracken,<br>Ronald B. Hogan, Virginia A. Papa,<br>Kevin F. Crain, and Sandra G. Childs,<br><br>Defendants. | Civil Action No. 05-12618 (NMG)<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT SANDRA G. CHILDS' MOTION TO DISMISS COMPLAINT

Defendant Sandra G. Childs hereby moves to dismiss with prejudice the Complaint in the above-referenced matter pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). The Complaint fails to state a claim for primary and aiding and abetting liability against Ms. Childs under Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, and Section 17(a) of the Securities Act of 1933. Among other things, the Securities and Exchange Commission has failed to plead with sufficient particularity any actionable misstatements, omissions, or a scheme to defraud, or that Ms. Childs acted with the requisite scienter for a primary violation. In addition, the SEC has failed to allege aiding and abetting liability with the requisite specificity and scienter. In support of her motion, Ms. Childs submits the following memoranda:

1. The Joint Memorandum of Law in Support of Motions to Dismiss by Defendants Karnig H. Durgarian, Jr., Donald F. McCracken, Ronald B. Hogan, Virginia A. Papa, Kevin F. Crain, and Sandra G. Childs;[1] and

2. Defendant Sandra G. Childs' Memorandum of Law in Support of Her Motion to Dismiss Complaint, filed herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Ms. Childs respectfully requests that the Court hold a hearing for oral argument on this motion.

Respectfully Submitted,

SANDRA G. CHILDS

By Her Attorneys,

/s/ John A. Sten
John A. Sten (BBO# 629577)
Jason C. Moreau (BBO# 648678)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
Tel: (617) 310-6000

Dated: March 31, 2006

---

[1] This Joint Memorandum is being filed with Defendants' Motion for Leave to File a Brief in Excess of Twenty Pages.

## STATEMENT OF ATTEMPT TO RESOLVE OR NARROW THE ISSUES

I hereby certify that prior to filing this motion, I contacted counsel for the Securities and Exchange Commission in a good faith attempt to resolve or narrow the issues herein, pursuant to Local Rule 7.1, and that this effort was unsuccessful. More specifically, counsel for the Securities and Exchange Commission indicated that the Government would oppose this motion.

    /s/   Jason C. Moreau
Jason C. Moreau

## CERTIFICATE OF SERVICE

I, Jason C. Moreau, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 31st day of March, 2006.

    /s/   Jason C. Moreau
Jason C. Moreau