UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-12618-NMG

_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **Notice of Appeal** |
| KARNIG H. DURGARIAN, JR., et al., | ) ) |
| Defendants. | ) ) |

_____ )

## NOTICE OF APPEAL OF THE SECURITIES
## AND EXCHANGE COMMISSION

Notice is hereby given that the Securities and Exchange Commission, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the judgment entered on behalf of Defendants Virginia A. Papa, Kevin F. Crain, and Sandra G. Childs on November 13, 2007, and the order of the district court, entered in this action on March 6, 2007, dismissing the claims against these defendants.

_____/s/ Scott D. Pomfret_____
Scott D. Pomfret
Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, Massachusetts  02110
(617) 573-8981

## CERTIFICATE OF SERVICE

I certify that this document filed through the Court's Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by first-class mail to those indicated as non-registered participants on January 11, 2008:

Frank A. Libby, Jr.
Alathea E. Brush
Kelly, Libby & Hoopes, PC
175 Federal Street
Boston, MA 02110
617-338-9300

Gary S. Matsko
David M. Cogliano
Davis, Malm & D'Agostine, P.C.
One Boston Place
37th Floor
Boston, MA 02108
617-367-2500

Bruce Singal
Jamie L. Wacks
Donoghue, Barrett & Singal, PC
One Beacon Street
Boston, MA 02108-3113
617-720-5090

Kelley A. Jordan-Price
Michael J. Connolly
Hinckley, Allen and Snyder, LLP
28 State Street
Boston, MA 02109
617/345-9000

Anthony Mirenda
Jennifer A. Cardello
Robert E. Toone, Jr.
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210
617-832-1242

Jason C. Moreau
John A. Sten
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
617-310-6283

     /s/ Scott D. Pomfret
Scott D. Pomfret